

# Fourth Court of Appeals
## San Antonio, Texas

May 11, 2015

No. 04-14-00553-CR

Frank **LARA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR1129
Honorable Ray Olivarri, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the State's brief is this date GRANTED. Time is extended to June 8, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Laura Durbin                       Wendellyn K. Rush
        101 W. Nueva, Suite 370         Attorney At Law
        San Antonio, TX 78205          P.O. Box 484
                                        McQueeney, TX 78123-0484